IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL ENERGY, INC.<br>312 Walnut Street<br>Suite 2650<br>Cincinnati, OH 45202<br><br>        Plaintiff,<br><br>v.<br><br>CHARLIE McBRIDE ASSOCIATES, INC.<br>1140 Connecticut Avenue, NW<br>Suite 1050<br>Washington, DC 20036<br><br>        Defendant. | CA No. _____ |

### CERTIFICATE UNDER LCVR 7.1

I, the undersigned, counsel of record for Global Energy, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Global Energy, Inc., which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: August 2, 2007

Respectfully submitted,

*[signature]*

Creighton R. Magid (D.C. Bar #476961)
Dorsey & Whitney LLP
1050 Connecticut Avenue, NW
Suite 1250
Washington, DC 20036
(202) 442-3000 (telephone)
(202) 442-3199 (facsimile)
magid.chip@dorsey.com

*Counsel For Plaintiff*
*Global Energy, Inc.*