# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GLOBAL ENERGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:07-cv-01410 |
| | ) | |
| CHARLIE McBRIDE ASSOCIATES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.6(a), the undersigned counsel respectfully enters his appearance for Defendant.

Respectfully submitted,

/s/  Michael R. Charness
Michael R. Charness (DC Bar No. 289322)
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004-1008
Telephone:   202.639.6780
Facsimile:   202.639.6604

Counsel for Defendant

August 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2007, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record for the Defendant:

> CREIGHTON R. MAGID
> Dorsey & Whitney LLP
> 1050 Connecticut Avenue, N.W.
> Suite 1250
> Washington, D.C. 20036

> /s/  Michael R. Charness
> Michael R. Charness