UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLOBAL ENERGY, INC.,           :
                               :
        Plaintiff,             :
                               :
    v.                         :   Civil Action No. 07-1410 (JR)
                               :
CHARLIE MCBRIDE ASSOCIATES,    :
INC.,                          :
                               :
        Defendant.             :

### ORDER

Currently pending before the Court is plaintiff's motion for a temporary restraining order, filed August 14, 2007, seeking a stay of arbitration proceedings scheduled to take place on August 23, 2007. Plaintiff Global Energy alleges that it is being forced to participate in those proceedings pursuant to a letter agreement to which it was not a party and about which it had no knowledge. Although it is "inappropriate and impossible to require entities or individuals who are not parties to an agreement to arbitrate, who have not in fact consented to arbitration," Grad v. Wetherholt Galleries, 660 A.2d 903, 906 (D.C. Ct. App. 1995), neither plaintiff's Complaint nor its Motion for a Temporary Restraining Order is verified, see Fed. R. Civ. P. 65(b), and the Clerk has been unable to schedule a hearing on the matter due to the general unavailability of counsel for both parties. Plaintiff does not claim that it will incur irreparable injury if the proceeding is permitted to go forward, and indeed, the District of Columbia Code permits a

judicial determination of consent to arbitrate to be made before, during, or after the arbitration. D.C. Code § 16-4302(b) (2001) ("On application, the Court may stay an arbitration proceeding commenced or threatened on a showing that there is no agreement to arbitrate."). Plaintiff's motion [#3] is therefore **denied**.

                                              JAMES ROBERTSON
                                    United States District Judge