IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLOBAL ENERGY, INC.**    )<br>    )<br>    )<br>**v.**    )<br>    )<br>    )<br>**CHARLIE McBRIDE ASSOCIATES, INC.**    ) | C.A. No. 1:07-cv-01410 |

**CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned, counsel of record for Charlie McBride Associates, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Charlie McBride Associates, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: September 24, 2007                               Respectfully submitted,

                                                        /s/  Michael R. Charness
                                                        Michael R. Charness
                                                        D.C. Bar No. 289322
                                                        VINSON & ELKINS, L.L.P.
                                                        The Willard Office Building
                                                        1455 Pennsylvania Ave. N.W., Suite 600
                                                        Washington, D.C. 20004-1008
                                                        Telephone:  (202) 639-6780
                                                        Facsimile:  (202) 639-6604

                                                        Counsel for Defendant