IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLOBAL ENERGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLIE McBRIDE ASSOCIATES, )<br>INC., )<br>)<br>Defendant. ) | Civil Action No. 1:07-cv-01410 (JR) |

### PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), plaintiff Global Energy, Inc. hereby provides its Initial Disclosures:

A. **Individuals Likely to Have Discoverable Information that Plaintiff May Use to Support its Claims:**

   1. Harry H. Graves, Global Energy, Inc., 1500 Chiquita Center, 250 East Fifth Street, Cincinnati, Ohio 45202.  Telephone: (513) 621-0077.

   2. Charlie McBride, Charlie McBride Associates, Inc., 1140 Connecticut Avenue, Suite 1050, Washington, DC 20036. Telephone: (202) 466-4210.

   3. Lewis Reynolds, address and telephone number unknown.

   4. Ken Salzman, address and telephone number unknown.

   5. John Hughes, Vedder, Price, Kaufman & Kammholz, P.C., 222 North LaSalle Street, Chicago, IL 60601.  Telephone: (312) 609-7595.

B. **Documents that Plaintiff May Use to Support its Claims:**

   1. October 20, 2005, Letter Agreement between Charlie McBride Associates, Inc. and Reynolds Financial Group.

   2. March 16, 2006, Charlie McBride Internal Memorandum.

   3. Statements of Fees and Expenses from Charlie McBride Associates to Reynolds Financial Group.

    4.    August 15, 2006, Letter from Charlie McBride to Lewis Reynolds, with attachments.

    5.    March 17, 2006, Memorandum from Charlie McBride and Daryl Owen to Harry Graves, Lewis Reynolds and Ken Salzman.

    6.    October 21, 2005, E-mail from John Hughes to Charlie McBride, with attachment.

**C.    Damages Claimed:**

Not applicable, apart from fees and costs.

Dated: November 13, 2007        Respectfully submitted,

      /s/ Creighton R. Magid_____
Creighton R. Magid (D.C. Bar #476961)
DORSEY & WHITNEY LLP
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C. 20036
Telephone: (202) 442-3000
Facsimile: (202) 442-3199
magid.chip@dorsey.com

*Counsel For Plaintiff*
*Global Energy, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November, 2007, I caused the foregoing PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES to be filed and served using the Court's ECF system and also caused these same papers to be served on the person listed below by first-class mail, postage prepaid:

    Michael R. Charness, Esq.
    Jamie F. Tabb, Esq.
    Vinson & Elkins, LLP
    The Willard Office Building
    1455 Pennsylvania Avenue, N.W., Suite 800
    Washington, D.C. 20004
    mcharness@velaw.com
    jtabb@velaw.com

                                      /S/ CREIGHTON R. MAGID
                                      Creighton R. Magid