IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GLOBAL ENERGY, INC. | ) | |
| | ) | |
| | ) | |
| v. | ) | Civ. Action No. 1:07-cv-01410 |
| | ) | |
| | ) | |
| CHARLIE McBRIDE ASSOCIATES, INC. | ) | |

_____

**DEFENDANT'S RULE 26(a)(1) DISCLOSURES**
_____

Defendant Charlie McBride Associates, Inc. ("CMA") makes the following disclosures pursuant to Fed. R. Civ. P. 26(a)(1). These disclosures are made based on the information presently available to CMA, and CMA reserves the right to supplement and/or modify these disclosures as it obtains further information.

**I.      Fed. R. Civ. P. 26(a)(1)(A)**

CMA hereby discloses the name and, if known, the address and telephone number of each individual likely to have discoverable information that CMA may use to support its claims or defenses, unless solely for impeachment.

1.   Charlie McBride
     Charlie McBride Associates, Inc.
     1140 Connecticut Ave., NW
     Suite 1050
     Washington, DC 20036
     202-466-4210

2.   Harry Graves
     Global Energy, Inc.

1

        1500 Chiquita Center
        250 East Fifth St.
        Cincinnati, OH 45202
        513-621-0077

3.    Daryl Owen
        Daryl Owen Associates, Inc.
        801 Pennsylvania Ave., NW
        Washington, DC 20004
        202-393-7771

4.    John Hughes
        Harrison & Held, LLP
        333 West Wacker Dr.
        Suite 950
        Chicago, IL 60606-1218
        312-753-6145

5.    Lewis Reynolds
        248 Christ School Rd.
        Arden, NC 28704
        (last known address; phone number unknown)

6.    Kenneth Salzman
        Holton Capital, LLC
        312 Clematis St.
        West Palm Beach, FL 33401
        561-653-9111

7.    Frank Scroggins
        (address and phone number unknown)

## II.    Fed. R. Civ. P. 26(a)(1)(B)

CMA has identified certain documents in its possession, custody or control that it may use to support its claims or defenses. These documents are located in CMA's office in Washington, DC. These documents include:

1.    Documents related to the contract at issue in this litigation.

    2.    Correspondence between and among employees and contractors working for CMA, Reynolds Financial Group ("Reynolds") and Global Energy, Inc. ("Global") between September 2005 and July 2006.

    3.    Correspondence between CMA employees or contractors and the U.S. Government, including the staff of Senator Conrad Burns and employees of the Department of Defense.

    4.    Records of phone conversations between the individuals mentioned in paragraph 2.

    5.    Invoices and requests for payment sent by CMA to Reynolds or Global.

    6.    Calendar entries for CMA employees or contractors.

    7.    Documents related to the recently-concluded arbitration at issue in this litigation.

    8.    Documents and articles collected by CMA while performing the work under the contract at issue in this litigation.

    9.    Other proposed agreements or contracts between the individuals mentioned in paragraph 2.

**III.**     **Fed. R. Civ. P. 26(a)(1)(C)**

CMA sought damages in the arbitration proceeding at issue in this litigation, and it will seek to enforce the arbitration award. These damages are calculated and were awarded by the arbitrator as follows:

- $80,000.00 – retainer payments owed under the 10/20/05 contract
- $730.68 – expenses owed under the 10/20/05 contract
- $1,642.91 – arbitration fees and expenses owed by Global to CMA

CMA also plans to seek reimbursement of expenses incurred in connection with the current litigation.

The documents on which such computation is based were previously produced to counsel for Global during the arbitration. However, they are available for inspection and copying.

**IV.     Fed. R. Civ. P. 26(a)(1)(D)**

This subsection of the rule, regarding insurance, is inapplicable.

**V.      Supplementation**

CMA's initial disclosures are made without prejudice to its right to change or supplement its responses, its right to assert privileges or objections with respect to any requests for discovery, and its right to introduce at trial additional evidence and documents as warranted by the development of the facts underlying this suit.

Dated: November 13, 2007

                                        Respectfully submitted,


                                        /s/ Michael R. Charness
                                        Michael R. Charness
                                        D.C. Bar No. 289322
                                        **VINSON & ELKINS L.L.P.**
                                        1455 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004-1008
                                        (202) 639-6780
                                        (202) 879-8980 (facsimile)

                                        Attorney for Defendant

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of November, 2007, I caused the foregoing PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES to be filed and served using the Court's ECF system and also caused these same papers to be served on the person listed below by first-class mail, postage prepaid:

Creighton R. Magid, Esq.
Dorsey & Whitney LLP
1050 Connecticut Avenue, NW
Suite 1250
Washington, DC 20036
magid.chip@dorsey.com

/s/ Michael R. Charness
Michael R. Charness