```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

GLOBAL ENERGY, INC.,            :
                                :
       Plaintiff,              :
                                :
  v.                            : Civil Action No. 07-1410 (JR)
                                :
CHARLIE MCBRIDE ASSOCIATES,     :
INC.,                           :
                                :
       Defendant.              :

### SCHEDULING ORDER

After an initial scheduling conference held in chambers on November 5, 2007, it is

**ORDERED** that plaintiff may have leave to amend its complaint. It is

**FURTHER ORDERED** that discovery is to be completed by January 11, 2008. It is

**FURTHER ORDERED** that dispositive cross-motions are due January 25, 2008 with the dates for oppositions and replies to be governed by the local rules. It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion. And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court

appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.


                                    JAMES ROBERTSON
                              United States District Judge