**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GLOBAL ENERGY, INC., | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | : Civil Action No. 07-1410 (JR) |
| | : |
| CHARLIE MCBRIDE ASSOCIATES, INC., | : |
| | : |
|     Defendant. | : |

**NOTICE TO COUNSEL**

The Court was advised by letter on February 21, 2008, that this case had settled and that a stipulation would be filed in the "next few weeks." Nothing has been filed. Counsel will **TAKE NOTICE** that the Clerk has been directed to mark this case settled and dismissed, and to close it, on March 27, 2008.

                                               JAMES ROBERTSON
                                    United States District Judge